# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina
Charlotte Division

FILED
CHARLOTTE, NC

OCT 29 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| Dr. Jarin M. Wray <br><br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br><br> -v- <br><br> MQMF Charlotte SouthPark LLC; Willow Bridge Property Company National LLC; Lincoln Property Company E.C.W. LLC; ZOM Holding, Inc./LP <br><br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 3:25-CV-864-MOC <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☐ Yes ☑ No |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Dr. Jarin M. Wray |
| Street Address | 4401 Barclay Downs Dr. Unit 613 |
| City and County | Charlotte, Mecklenburg |
| State and Zip Code | NC 28209 |
| Telephone Number | 704.303.2140 |
| E-mail Address | jarin.m.wray@gmail.com |

    B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | MQMF Charlotte SouthPark LLC (6737068) |
| Job or Title *(if known)* | CEO - Duncan Osborne and General Counsel - Greg Burneister |
| Street Address | 2000 McKinney Ave, Suite 1000 |
| City and County | Dallas, Dallas County |
| State and Zip Code | TX 75201 |
| Telephone Number | 214.740.3421 |
| E-mail Address *(if known)* | duncanosborne@gmail.com; corporate@willowbridgepc.com |

**Defendant No. 2**

| | |
|---|---|
| Name | Willow Bridge Property Company National LLC (1824958) |
| Job or Title *(if known)* | CEO - Duncan Osborne and General Counsel - Greg Burneister |
| Street Address | 2000 McKinney Ave, Suite 1000 |
| City and County | Dallas, Dallas County |
| State and Zip Code | TX 75201 |
| Telephone Number | 214.740.3421 |
| E-mail Address *(if known)* | duncanosborne@gmail.com; corporate@willowbridgepc.com |

**Defendant No. 3**

| | |
|---|---|
| Name | Lincoln Property Company E.C.W. LLC (7192881) |
| Job or Title *(if known)* | CEO - Clay Duvall and Timothy Byrne and Gregory Courtwright |
| Street Address | 2000 McKinney Ave, Suite 1000 |
| City and County | Dallas, Dallas County |
| State and Zip Code | TX 75201 |
| Telephone Number | 214.740.3300 |
| E-mail Address *(if known)* | cduvall@lpc.com; tbyrne@lpc.com; gcourtwright@lpc.com |

**Defendant No. 4**

| | |
|---|---|
| Name | ZOM Holding, Inc. (P96000083463) / ZOM LP (A17000000317) |
| Job or Title *(if known)* | President - Gregory West |
| Street Address | 2001 Summit Park Drive, Suite 300 |
| City and County | Orlando, Orange County |
| State and Zip Code | FL 32810 |
| Telephone Number | 954.779.7950 |
| E-mail Address *(if known)* | gtw@zomusa.com |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
18 U.S. Code § 1014 - False Statements
18 U.S. Code § 1344 - Bank Fraud
18 U.S. Code § 1031 - Major Fraud Against the United States
18 U.S. Code § 1956 - Laundering of Monetary Instruments
China Owned / Shell Companies

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Dr. Jarin M. Wray, is a citizen of the State of *(name)* North Carolina.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

Case 3:25-cv-00864-MOC-SCR    Document 1    Filed 10/29/25    Page 3 of 5

b. If the defendant is a corporation

The defendant, *(name)* MQMF Charlotte SouthPark LLC, is incorporated under the laws of the State of *(name)* Delaware (6737068), and has its principal place of business in the State of *(name)* Texas (2397125).

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$50M; The companies successfully executed real estate fraud schemes in China's interest against the U.S. The American judiciary system failed to detect the fraud in real time, allowing prior federal and state cases to settle or be dismissed, and the schemes to grow across more industries. Root cause is the business entity analysis was not complete for previous cases to verify funds are American, not China linked. We now have the solution: opencorporates.com.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The companies were engaged in fraud schemes with China. I moved into Hazel SouthPark in January 2024 as I was working a previous China related case against RTX Corporation - no response (3:25CV-00656). As the case was nearing the response deadline of 9.5.2025, Hazel SouthPark decided to not renew my lease on 9.3.2025, the evening of the morning I sent RTX their discovery and interrogatories next steps, which RTX declined. I ran the business entity analysis to determine the root cause - it is China, $37.7B calculated.

Additional docs attached. More lawsuits to come for American companies linked to China. Apple, Tesla, Amazon..

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

- Immediate payment of $50M.
- Transfer entity, bank account, and stock asset ownership for all live and physical locations. Weekly status report.
- Dissolve all shell entities. Weekly status report until complete.

*No further criminal actions against the U.S. - work hard, stay disciplined, and help the U.S.*

*No criminal prosecution, this settlement/case is to never be criminally charged or prosecuted, if such actions occur, immediately reject the case, dismiss the case, or grant a Presidential pardon without objection - U.S. systems failed across the board over decades. This is a "onetime" educational fix, work with the U.S. to make positive change in America for those you've impacted, prove you can make a positive impact, be better in real life to real people, future criminal actions can be linked back to this settlement/case.* Dr. Jarin M. Wray, DBA

4 of 25+ China linked companies. Spread the word, we are watching, we have the tools, we have real work to do.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/28/2025

Signature of Plaintiff: *Dr. Jarin M. Wray* (signed)
Printed Name of Plaintiff: Dr. Jarin M Wray

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____